# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 3, 2020

*By the Court:*

| | |
|---|---|
| No. 20-1538 | DEMOCRATIC NATIONAL COMMITTEE, et al.,<br>Plaintiffs - Appellees<br>v.<br>MARGE BOSTELMANN, et al.,<br>Defendants<br>and<br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br>Defendants - Appellants<br><br><br>SYLVIA GEAR, et al.,<br>Plaintiffs - Appellees<br>v.<br>DEAN KNUDSON, et al.,<br>Defendants<br>and<br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br>Defendants - Appellants<br><br><br>GREG LEWIS, et al.,<br>Plaintiffs - Appellees<br>v.<br>DEAN KNUDSON, et al.,<br>Defendants<br>and<br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br>Defendants - Appellants |

| | |
|---|---|
| No. 20-1539 | DEMOCRATIC NATIONAL COMMITTEE, et al., Plaintiffs - Appellees v. MARGE BOSTELMANN, et al., Defendants<br><br>APPEAL OF: WISCONSIN STATE LEGISLATURE<br><br><br>SYLVIA GEAR, et al., Plaintiffs - Appellees v. DEAN KNUDSON, et al., Defendants<br><br>APPEAL OF: WISCONSIN STATE LEGISLATURE<br><br><br>GREG LEWIS, et al., Plaintiffs - Appellees v. DEAN KNUDSON, et al., Defendants<br><br>APPEAL OF: WISCONSIN STATE LEGISLATURE |

**Originating Case Information:**

District Court No: 3:20-cv-00249-wmc
Western District of Wisconsin
District Judge William M. Conley

**Originating Case Information:**

District Court No: 3:20-cv-00278-wmc
Western District of Wisconsin
District Judge William M. Conley

**Originating Case Information:**

District Court No: 3:20-cv-00284-wmc
Western District of Wisconsin
District Judge William M. Conley

The following are before the court:

1.    **PLAINTIFFS-APPELLEES' NOTICE AND REQUEST TO BE HEARS,** filed on

April 3, 2020, by counsel for appellees Democratic National Committee and Democratic Party of Wisconsin.

2.    **GEAR PLAINTIFFS' NOTICE AND REQUEST TO BE HEARD**, filed on April 3, 2020, by counsel for the Gear appellees.

3.    **LEWIS PLAINTIFFS' NOTICE AND REQUEST TO BE HEARD**, filed on April 3, 2020, by counsel for the Lewis appellees.

**IT IS ORDERED** that the motions are **GRANTED** to the extent that any opposition to the stay motions must be filed by 4 p.m. today to be considered by the court.

form name: **c7_Order_BTC**(form ID: **178**)